CITY OF PATERSON, complainant-respondent,

*v.*

EAST JERSEY WATER COMPANY, defendant-appellant.

[Argued July 6th and 7th, 1910.   Decided November 14th, 1910.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Emery, whose opinion is reported in *74 N. J. Eq. (4 Buch.) 49.*

*Mr. Thomas F. McCran,* for the respondent.

*Messrs. Collins & Corbin,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed by Vice-Chancellor Emery in the court below.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, DILL—12.

*For reversal*—None.